UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-20598(s)-CR-GRAHAM

UNITED STATES OF AMERICA

v.

LAZARO MARTINEZ-PADRON,

      Defendant.
_____/

## ORDER

**THIS CAUSE** came before the Court upon the Defendant, Lazaro Martinez-Padron's ("Martinez-Padron['s]") arraignment held on August 6, 2008. On August 6, 2008, Martinez-Padron was scheduled to be arraigned on charges contained in the Superseding Indictment in the above-captioned case. Martinez-Padron failed to appear at the arraignment, and counsel for Martinez-Padron represented to the Court that his whereabouts are unknown. Being fully advised, it is

**ORDERED AND ADJUDGED** that a warrant for the arrest of Defendant, Lazaro Martinez-Padron, shall be issued.

**DONE AND ORDERED** in chambers at Miami, Florida, on this 6th day of August, 2008.

STEPHEN T. BROWN
UNITED STATES MAGISTRATE JUDGE

cc:    Probation
       U.S. Marshal